UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAYLE SMITH,

    Petitioner,

v.                            Case No.:  3:14cv195/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 13, 2015.  (Doc. 31).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 18) is **GRANTED IN PART** as follows:

        a.    Respondent's motion is **GRANTED** as to Grounds One through Five, Nine through Eleven, and Thirteen of Petitioner's habeas petition (doc. 1); and

        b.    Respondent motion to dismiss is **DENIED without prejudice** as to Ground Twelve of Petitioner's habeas petition.

    3.    Grounds One through Eleven and Thirteen of Petitioner's habeas petition (doc. 1) are **DISMISSED with prejudice**.

4.  The matter is hereby remanded to the assigned magistrate judge for further proceedings on Ground Twelve of Petitioner's habeas petition.

**DONE AND ORDERED** this 9th day of February 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**